IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| BIN SALEM HOLDING COMPANY, LLC, <br><br>       Plaintiff, <br><br> v. <br><br> THOMAS L. BLAIR, <br><br>       Defendant. | No. 11-60931-CV-WILLIAMS |

## AGREED MOTION FOR EXTENSION OF EXPERT DISCOVERY DISCLOSURE AND REPORTS

Pursuant to Federal Rules of Civil Procedure 6(b) and 16(b) and Southern District of Florida Rule 7.1, Plaintiff/Counterdefendant Bin Salem Holding Company, LLC ("Plaintiff") hereby moves the Court to enter an order extending the expert discovery schedule by thirty (30) days. In support of its Motion, Plaintiff states as follows:

### CONCISE STATEMENT OF RELIEF REQUESTED

1. Pursuant to Local Rule 7.1(a)(3), the undersigned counsel certifies to this Court that this agreed motion is being filed in good faith, not for purposes of delay and with the consent of all parties and their respective counsel in this action.

2. On November 7, 2011, this Court entered an Order Setting Schedule, Requiring Mediation, Referring Certain Matters to Magistrate Judge, and Establishing Pre-Trial Procedures ("Scheduling Order") [D.E. 37]. Pursuant to the Scheduling Order, Plaintiff's expert disclosures, summaries and reports are due on or before April 4, 2012. In addition, Defendant's expert disclosures, summaries and reports are by May 1, 2012 and rebuttal expert reports are due by July 2, 2012. The discovery cutoff date is currently set for August 14, 2012.

3.  Since the time the Court's Scheduling Order was entered, Plaintiff has served written discovery requests on Defendant/Counterplaintiff Thomas L. Blair ("Defendant") and has served seven (7) third-party subpoenas requesting documents and information relevant to this matter.[1] In response to these written discovery requests and subpoenas, the parties have received thousands of documents and electronic records, and expect to receive more as written discovery continues.

4.  As a result of the foregoing, and in an effort to avoid significant cost and expenditure of time, and the waste of judicial resources, Plaintiff respectfully requests that this Court extend the Scheduling Order.

5.  Specifically, Plaintiff believes that an additional 30 days, to May 1, 2012, is necessary to allow it to review the documents and information received, to allow it and its expert to prepare a complete summary and report. Plaintiff also requests that if this Court grants Plaintiff's request, that the expert discovery schedule be further modified as follows:

| Date | Event |
|---|---|
| May 1, 2012 | Plaintiff shall disclose experts, expert witness summaries and reports |
| June 1, 2012 | Defendant shall disclose experts, expert witness summaries and reports (including affirmative expert disclosures on Defendant's counterclaim) |
| July 2, 2012 | The Parties shall exchange rebuttal expert witness summaries and reports |

6.  No other modifications to the Scheduling Order are requested at this time. Granting the extensions requested will not delay the preparation or trial of this action. This is the first extension of the Scheduling Order sought in this action by any party. The case is on the trial call on November 5, 2012, therefore, an extension of disclosure of the date for exchange of

---

[1] Defendant has also served three (3) third-party subpoenas and has issued written interrogatories and requests for admission on Plaintiff.

{24000571;1}                                    2

expert reports will not delay the trial of the case, nor does this Motion request extension of the discovery deadline or the dispositive motion cut-off.

7. For the Court's convenience, a proposed amended Scheduling Order is attached hereto as Exhibit "A."

### CERTIFICATE OF GOOD FAITH CONFERENCE

Counsel for Plaintiff, Jeanah Park (admitted *pro hac vice)* has conferred with counsel for Defendant, Christopher Mills (admitted *pro hac vice)* regarding this Motion. Counsel for Defendant has indicated he has no opposition to this Motion.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order extending the dates by which Plaintiff and Defendant each must disclose expert reports as set forth above.

Dated:  March 30, 2012

Respectfully submitted,

/s/ Ashley A. Sawyer, Esq.
Marc J. Gottlieb, Esq.
Florida Bar No. 827819
E-Mail: marc.gottlieb@akerman.com
Ashley A. Sawyer, Esq.
Florida Bar No. 0012131
E-Mail: ashley.sawyer@akennan.com
**AKERMAN SENTERFITT LLP**
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

James V. Garvey, Esq. (admitted *pro hac vice)*
Jeanah Park, Esq. (admitted *pro hac vice)*
**VEDDER PRICE P.C.**
222 North LaSalle Street, Suite 2600
Chicago, IL 60601-1003
Telephone: (312) 609-7500
Facsimile: (312) 609-5005

*Counsel for Plaintiff
Bin Salem Holding Company, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on <u>March 30, 2012,</u> I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send an electronic notice to the following:

Barry R. Davidson, Esq.
Florida Bar No. 107678
E-Mail: bdavidson@hunton.com
Jamie Zysk Isani
Florida Bar No. 728861
E-Mail: jisani@hunton.com
**Hunton & Williams LLP**
1111 Brickell Ave., Suite 2500
Miami, FL 33131
Telephone: 305.810.2500
Facsimile: 305.810.2460

Attison L. Barnes, III, Esq. (admitted *pro hac vice*)
E-Mail: abarnes@wileyrein.com
Christopher M. Mills (admitted pro *hac vice*)
E-Mail: cmills@wileyrein.com
**Wiley Rein LLP**
1776 K Street N.W.
Washington, DC 20006
Telephone: 202.719.7000
Facsimile: 202.719.7049

*Counsel for Defendant
Thomas L. Blair*

By: <u>/s/ Ashley A. Sawyer, Esq.</u>
Ashley A. Sawyer

{24000571;1}