UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-60931-CV-WILLIAMS

BIN SALEM HOLDING COMPANY, LLC,

    Plaintiff,

vs.

THOMAS L. BLAIR

    Defendant.

_____

## ORDER

**THIS MATTER** is before the Court on the parties' Motion for Extension of Time (DE 49). Upon review of the record and the motion, which is unopposed, it is hereby **ORDERED AND ADJUDGED** that the motion is **GRANTED**. The operative scheduling order is amended as follows:

| | |
|---|---|
| May 1, 2012 | The Plaintiff shall disclose experts, expert witness summaries and reports, as required by Local Rule 16.1(k). |
| June 1, 2012 | The Defendants shall disclose experts, expert witness summaries and reports, as required by Local Rule 16.1(k). |

July 2, 2012                The Parties shall exchange rebuttal expert witness summaries and reports, as required by Local Rule 16.1(k).

**DONE AND ORDERED** in chambers in Miami, Florida, this 10th day of April, 2012.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE